RECEIVED
JAN 21 2026
BY MAIL

Federal courts of the district of Missouri Eastern
St. Louis Division

David Coletheri
　Plaintiff

- against -　　　　　　　　　Index No. ___

Keete group
Bureau of prisons
Federal Medical Center Devens
B. Cinnuta
D. English
S. Gondaluz
　Defendant　　　　　　　　　Complaint

　The plaintiff acting pro se as for a verified complaint herein respectfully alleges as follow:

1. The plaintiff Is forced to stay at Federal Medical center Devens under a False charge at P.O. Box 879, Ayer MA 01432.

2. The defendants Federal Medical Center Devens, B. Cinnuta, D. English and S. Gondaluz Is located at P.O. Box 879, Ayer MA 01432

3. The keete group Is located at 10880 Lin Street ~~Studio~~ ~~10 St.~~ ~~MO 63 132~~

4. The Bureau of prisons Is located at 400 First Street NW

4th Floor, Washington, D.C. 20534.

5. This complaint is regards to a Tv show that was purchased from the store of Tablet Device. The name of the Tv show is called agents of S.H.I.E.L.D. It was the sixth episode of the first season. It was called F.Z.Z.T.

6. The description states: agent Coulson and the team find themselves in danger while tracking an elusive killer.

7. The Rating is PG-13

8. The Duration is fourty-three mins

9. One actor is Clark Gregg

10. One actress is Ming-na wen

11. The defendants policies are a bit restricted. First one Tv show could be rented. Second it could be viewed for only two days. Third a Timer is on which is one hour and five mintues could be watched.

12. The plaintiff had twenty-four minutes, in which did not see and such had breach a contract since had a right to such.

13. It was made in 2013.

14. The purchase date was December 7, 2025

15. On march 27, 2025 B. Cignatu, D. English and S. Gondular, had a meeting with the plaintiff was threaten if continue to file grievences would be transfer to possible a more dangerous facility, where could be stabbed, which can't yell for help because of a paralyzed vocial cord or limited on the grievences filed.

16. Since then the plaintiff has been limited on the grievences and had been put in special housing unit on

False ticket for fifty-eight days where had been assaulted to where wrist were bleeding and cough up blood where medical didn't cure.

17. The description was incorrect since there wasn't a killer on the lose which was misleading into purchasing the episode.

### As for a First cause of action
### Breach of contract

18. Since purchasing the this show had created an agreement in which by having the misleading description had violated and breach such contract.

### As for a Second cause of action
### Breach of duty care

19. The defendants had a duty of care not to mislead a customer into purchasing a with own incorrect information, as such had breach a duty of care.

### As for a Third cause of action
### Abuse of process

20. The plaintiff because of threats made and the damages done is unable to do the administrive remedies in which be claim by the defendants under Title 42 United States code 1997(e).

As for a Fourth cause of action
Massachusetts General Law 12117
Civil rights torts.

21. By the threats made by the defendants B. Cinnata and D. English had put the plaintiff in a great deal of fear that had obstructed the plaintiff First amendment of Free speech, Fifth amendment due process, and First amendment access to the courts.

As for a fifth cause of action
Massachusetts General Law 93A
decisive acts

22. The plaintiff had excepted at the end of the Episode a being being fought and possible killed. as such no such thing happen and had violated Massachusetts General Law 93A.

Wherefore the plaintiff demands Judgment as follow:

1. On the First cause of action, Damages In the sum of $15,000 For breach of contract.
2. On the second cause of action, Damages In the sum of $15,000 For Breach of Duty care.
3. On the third cause of action, Damages In the sum of $40,000 For abuse of process.
4. On the Fourth cause of action, damage In the sum of

$60,000 For violation of Masschetts General Law 1 21-1.

5. On the fifth cause of action, damages In the sum of $15,000 for violation of Masschuetts General Law 93 A.

6. For all other, such, Just, equitable the courts may see fit and proper.

The plaintiff states all facts to Be true and accurary under the penalty of perjury from the Best of knowledge

Thank you,

David C. Letieri